0793278

**Olive Garden USA**
P.O. Box 593330
Orlando FL 32859

Kazi Islam
2031 NESTERST
Philadelphia PA 19115

| GM Restaurants of Pennsylvania | |
|---|---|
| Pay Begin Date: | 09/17/2007 |
| Pay End Date: | 09/23/2007 |

| Business UnitOGUSA | |
|---|---|
| Check #: | 000000005275870 |
| Check Date: | 09/28/2007 |

Employee ID:100019660
Department: 1372-Phila - Roosevelt Blvd
Location:    Phila - Roosevelt Blvd

| TAX DATA: | Federal | PA State |
|---|---|---|
| Marital Status: | Married | n/a |
| Allowances: | 3 | 0 |
| Addl. Pct.: | | |
| Addl. Amt.: | | |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Wages | 11.700000 | 25.27 | 295.66 | 1,522.75 | 15,099.26 |
| Regular Wages | 7.450000 | 14.73 | 109.74 | | 0.00 |
| Overtime Wages | 16.779000 | 0.60 | 10.07 | 23.30 | 378.84 |
| Tips Reported | | | | 0.00 | 3.00 |
| Hourly Vacation Pay | | | 0.00 | 110.91 | 1,297.65 |
| Total: | | 40.60 | 415.47 | 1,656.96 | 16,775.75 |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 0.46 | 43.34 |
| Fed MED/EE | 5.44 | 220.68 |
| Fed OASDI/EE | 23.27 | 943.59 |
| PA Unempl EE | 0.37 | 15.09 |
| PA Withholdng | 11.52 | 467.33 |
| PA Withholdng | 17.69 | 714.35 |
| Fed Med/EE/tip | 0.00 | 0.04 |
| Fed OASDItipEE | 0.00 | 0.19 |
| Total: | 58.75 | 2,404.61 |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Medical Insurance - HMO | 29.00 | 1,131.00 |
| Dental Insurance | 6.00 | 234.00 |
| Life Insurance & AD/D | 0.27 | 10.56 |
| Short-Term Disability | 4.86 | 180.96 |
| Darden Savings Plan - Matched | 20.77 | 838.91 |
| Total: | 60.90 | 2,395.43 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Total: | 0.00 | 0.00 |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Medical Insurance - HMO | 37.78 | 1,465.64 |

* Taxable

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 415.47 | 354.57 | 58.75 | 60.90 | 295.82 |
| YTD: | 16,775.75 | 14,383.32 | 2,404.61 | 2,395.43 | 11,975.71 |

## NET PAY DISTRIBUTION

| | |
|---|---|
| Check #000000005275870 | 295.82 |
| Total: | 295.82 |

MESSAGE:AVERAGE HOURS WORKED AS OF 09/23 FOR INSURANCE PURPOSE: 39

Case 07-15061-bif  Doc 6  Filed 10/04/07  Entered 10/04/07 16:30:01  Desc Main  Document  Page 1 of 4

**Olive Garden USA**
P.O. Box 593330
Orlando FL 32859

| | |
|---|---|
| GM Restaurants of Pennsylvania | Business Unit OGUSA |
| Pay Begin Date: 09/10/2007 | Check #: 000000005225996 |
| Pay End Date: 09/16/2007 | Check Date: 09/21/2007 |

**Kazi Islam**
2031 NESTERST
Philadelphia PA 19115

Employee ID:100019660
Department: 1372-Phila - Roosevelt Blvd
Location:   Phila - Roosevelt Blvd

| TAX DATA: | Federal | PA State |
|---|---|---|
| Marital Status: | Married | n/a |
| Allowances: | 3 | 0 |
| Addl. Pct.: | | |
| Addl. Amt.: | | |

## HOURS AND EARNINGS

| | | Current | | YTD | | 
|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings |
| Regular Wages | 11.700000 | 25.77 | 301.51 | 1,482.75 | 14,693.86 |
| Regular Wages | 7.450000 | 10.02 | 74.65 | | 0.00 |
| Tips Reported | | 0.00 | | 3.00 |
| Hourly Vacation Pay | | | 0.00 | 110.91 | 1,297.65 |
| Overtime Wages | | | 0.00 | 22.70 | 368.77 |
| Total: | | 35.79 | 376.16 | 1,616.36 | 16,360.28 |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Med/EE/tip | 0.01- | 0.04 |
| Fed Withholdng | 0.00 | 42.88 |
| Fed MED/EE | 4.88 | 215.24 |
| Fed OASDI/EE | 20.83 | 920.32 |
| PA Unempl EE | 0.34 | 14.72 |
| PA Withholdng | 10.32 | 455.81 |
| PA Withholdng | 16.01 | 696.66 |
| Fed OASDItipEE | 0.00 | 0.19 |
| Total: | 52.37 | 2,345.86 |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Medical Insurance - HMO | 29.00 | 1,102.00 |
| Dental Insurance | 6.00 | 228.00 |
| Life Insurance & AD/D | 0.27 | 10.29 |
| Short-Term Disability | 4.86 | 176.10 |
| Darden Savings Plan - Matched | 18.81 | 818.14 |
| Total: | 58.94 | 2,334.53 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Total: | 0.00 | 0.00 |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Medical Insurance - HMO | 37.78 | 1,427.86 |

* Taxable

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 376.16 | 317.22 | 52.37 | 58.94 | 264.85 |
| YTD: | 16,360.28 | 14,028.75 | 2,345.86 | 2,334.53 | 11,679.89 |

## NET PAY DISTRIBUTION

| | |
|---|---|
| Check #000000005225996 | 264.85 |
| Total: | 264.85 |

MESSAGE: AVERAGE HOURS WORKED AS OF 09/16 FOR INSURANCE PURPOSE: 39

**192955**

**Olive Garden USA**
P.O. Box 593330
Orlando FL 32859

| GM Restaurants of Pennsylvania | Business Unit:OGUSA |
|---|---|
| Pay Begin Date: 09/03/2007 | Check #: 000000005176421 |
| Pay End Date: 09/09/2007 | Check Date: 09/14/2007 |

Kazi Islam
2031 NESTERST
Philadelphia PA 19115

Employee ID:100019660
Department: 1372-Phila - Roosevelt Blvd
Location: Phila - Roosevelt Blvd

| TAX DATA: | Federal | PA State |
|---|---|---|
| Marital Status: | Married | n/a |
| Allowances: | 3 | 0 |
| Addl. Pct.: | | |
| Addl. Amt.: | | |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Wages | 11.700000 | 29.43 | 344.33 | 1,446.96 | 14,317.70 |
| Regular Wages | 7.450000 | 10.57 | 78.75 | | 0.00 |
| Overtime Wages | 16.990500 | 0.15 | 2.55 | 22.70 | 368.77 |
| Hourly Vacation Pay | 11.700000 | 110.91 | 1,297.65 | 110.91 | 1,297.65 |
| Tips Reported | | | 0.00 | | 3.00 |
| **Total:** | | 151.06 | 1,723.28 | 1,580.57 | 15,984.12 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Med/EE/tip | 0.01 | 0.05 |
| Fed Withholdng | 19.70 | 42.88 |
| Fed MED/EE | 24.40 | 210.36 |
| Fed OASDI/EE | 104.36 | 899.49 |
| PA Unempl EE | 1.55 | 14.38 |
| PA Withholdng | 51.67 | 445.49 |
| PA Withholdng | 73.40 | 680.65 |
| Fed OASDItipEE | 0.00 | 0.19 |
| **Total:** | 275.09 | 2,293.49 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Medical Insurance - HMO | 29.00 | 1,073.00 |
| Dental Insurance | 6.00 | 222.00 |
| Life Insurance & AD/D | 0.27 | 10.02 |
| Short-Term Disability | 4.86 | 171.24 |
| Darden Savings Plan - Matched | 86.16 | 799.33 |
| **Total:** | 126.29 | 2,275.59 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Medical Insurance - HMO | 37.78 | 1,390.08 |

* Taxable

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 1,723.28 | 1,596.99 | 275.09 | 126.29 | 1,321.90 |
| YTD: | 15,984.12 | 13,711.53 | 2,293.49 | 2,275.59 | 11,415.04 |

### NET PAY DISTRIBUTION

| | |
|---|---|
| Check #000000005176421 | 1,321.90 |
| Total: | 1,321.90 |

MESSAGE:AVERAGE HOURS WORKED AS OF 09/09 FOR INSURANCE PURPOSE: 40

Case 07-15861-taf   Doc 6   Filed 10/04/07   Entered 10/04/07 16:30:01   Desc Main
Document   Page 3 of 4

**Olive Garden USA**

P.O. Box 593330
Orlando FL 32859

**Kazi Islam**
2031 NESTERST
Philadelphia PA 19115

GM Restaurants of Pennsylvania
Pay Begin Date: 08/27/2007
Pay End Date: 09/02/2007

Business UnitOGUSA
Check #: **000000005127159**
Check Date: 09/07/2007

**370981**

Employee ID:100019660
Department: 1372-Phila - Roosevelt Blvd
Location:     Phila - Roosevelt Blvd

TAX DATA:     Federal     PA State
Marital Status:   Married     n/a
Allowances:     3     0
Addl. Pct.:
Addl. Amt.:

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Wages | | | | | |
| Regular Wages | 11.700000 | 30.98 | 362.47 | 1,406.96 | 13,894.62 |
| Overtime Wages | 7.450000 | 9.02 | 67.20 | | 0.00 |
| Tips Reported | 17.076000 | 0.43 | 7.34 | 22.55 | 366.22 |
| | | 0.00 | | | 3.00 |
| Total: | | 40.43 | 437.01 | 1,429.51 | 14,260.84 |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Med/EE/tip | 0.01- | 0.04 |
| Fed Withholdng | 2.50 | 23.18 |
| Fed OASDItipEE | 0.01 | 0.19 |
| Fed MED/EE | 5.76 | 185.96 |
| Fed OASDI/EE | 24.60 | 795.13 |
| PA Unempl EE | 0.39 | 12.83 |
| PA Withholdng | 12.18 | 393.82 |
| PA Withholdng | 18.61 | 607.25 |
| Total: | 64.04 | 2,018.40 |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Medical Insurance - HMO | 29.00 | 1,044.00 |
| Dental Insurance | 6.00 | 216.00 |
| Life Insurance & AD/D | 0.27 | 9.75 |
| Short-Term Disability | 4.86 | 166.38 |
| Darden Savings Plan - Matched | 21.85 | 713.17 |
| Total: | 61.98 | 2,149.30 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Total: | 0.00 | 0.00 |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Medical Insurance - HMO | 37.78 | 1,352.30 |

\* Taxable

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 437.01 | 375.03 | 64.04 | 61.98 | 310.99 |
| YTD: | 14,260.84 | 12,114.54 | 2,018.40 | 2,149.30 | 10,093.14 |

## NET PAY DISTRIBUTION

| | |
|---|---|
| Check #000000005127159 | 310.99 |
| Total: | 310.99 |

MESSAGE: AVERAGE HOURS WORKED AS OF 09/02 FOR INSURANCE PURPOSE: 40

Case 07-15061-bif   Doc 6   Filed 10/04/07   Entered 10/04/07 16:30:01   Desc Main
Document   Page 4 of 4