**Olive Garden USA**
P.O. Box 593330
Orlando FL 32859

**Kazi Islam**
2031 NESTERST
Philadelphia PA 19115

GM Restaurants of Pennsylvania
Pay Begin Date: 08/20/2007
Pay End Date: 08/26/2007

Employee ID:100019660
Department: 1372-Phila - Roosevelt Blvd
Location: Phila - Roosevelt Blvd

Business UnitOGUSA
Check #: 000000004625872
Check Date: 08/31/2007

139868

| TAX DATA: | Federal | PA State |
|---|---|---|
| Marital Status: | Married | n/a |
| Allowances: | 3 | 0 |
| Addl. Pct.: | | |
| Addl. Amt.: | | |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Wages | | | | | |
| Regular Wages | 11.700000 | 30.67 | 358.84 | 1,366.96 | 13,464.95 |
| Overtime Wages | 7.450000 | 9.33 | 69.51 | | 0.00 |
| Tips Reported | 17.055000 | 0.02 | 0.34 | 22.12 | 358.88 |
| | | 0.00 | | | 3.00 |
| Total: | | 40.02 | 428.69 | 1,389.08 | 13,823.83 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Med/EE/tip | 0.01 | 0.05 |
| Fed Withholdng | 1.71 | 20.68 |
| Fed OASDItipEE | 0.01- | 0.18 |
| Fed MED/EE | 5.63 | 180.20 |
| Fed OASDI/EE | 24.10 | 770.53 |
| PA Unempl EE | 0.39 | 12.44 |
| PA Withholdng | 11.93 | 381.64 |
| PA Withholdng | 18.25 | 588.64 |
| Total: | 62.01 | 1,954.36 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Medical Insurance - HMO | 29.00 | 1,015.00 |
| Dental Insurance | 6.00 | 210.00 |
| Life Insurance & AD/D | 0.27 | 9.48 |
| Short-Term Disability | 4.86 | 161.52 |
| Darden Savings Plan - Matched | 21.43 | 691.32 |
| Total: | 61.56 | 2,087.32 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Total: | 0.00 | 0.00 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Medical Insurance - HMO | 37.78 | 1,314.52 |
| * Taxable | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 428.69 | 367.13 | 62.01 | 61.56 | 305.12 |
| YTD: | 13,823.83 | 11,739.51 | 1,954.36 | 2,087.32 | 9,782.15 |

### NET PAY DISTRIBUTION

| | |
|---|---|
| Check #000000004625872 | 305.12 |
| Total: | 305.12 |

**MESSAGE:**AVERAGE HOURS WORKED AS OF 08/26 FOR INSURANCE PURPOSE: 40

Case 07-15061-sbf  Doc 7  Filed 10/04/07  Entered 10/04/07 16:31:21  Desc Main Document  Page 1 of 2

## THE OLIVE GARDEN

KAZI ISLAM

| EMPLOYEE NUMBER | | 100019660 | | PAY BEGIN 07/30/07 | | PAY END 08/05/07 | | CHECK NUMBER 4477242 | |
|---|---|---|---|---|---|---|---|---|---|
| | | GROSS AMOUNT 432.73 | TAXABLE AMOUNT 370.96 | | TAXES 62.99 | | OTHER DEDUCTIONS 61.77 | NET PAY 307.9 | |
| MAIL LOCATION 1372 OGUSA | CURRENT YEAR TO DATE | 12584.22 | 10682.26 | | 1777.27 | | | | |

| EARNINGS | HOURS | | CURRENT | TAXES | CURRENT | YEAR TO DATE | OTHER DEDUCTIONS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR | 3172 | 1170 | 37112 | PA UNEMP | 39 | 1132 | MED HMO | 2900 |
| REGULAR | 827 | 745 | 6161 | FED WITH | 210 | 1747 | DENTAL | 600 |
| | | | | PA WITHH | 1205 | 34728 | LIFE & A | 2 |
| | | | | PA WITH | 1842 | 53586 | DISABILI | 48 |
| | | | | FED MED/ | 569 | 16397 | DSPMATCH | 216 |
| | | | | FED OASD | 2434 | 70113 | | |
| | | | | FED MED/ | | 5 | | |
| | | | | FED OASD | | 19 | | |
| TOTAL | 3999 | | 43273 | | 6299 | 177727 | | 617 |

AVERAGE HOURS WORKED AS OF 08/05 FOR INSURANCE PURPOSE: 40

## THE OLIVE GARDEN

KAZI ISLAM

| EMPLOYEE NUMBER | | 100019660 | | PAY BEGIN 08/13/07 | | PAY END 08/19/07 | | CHECK NUMBER 4576699 | |
|---|---|---|---|---|---|---|---|---|---|
| | | GROSS AMOUNT 384.43 | TAXABLE AMOUNT 325.08 | | TAXES 53.63 | | OTHER DEDUCTIONS 59.35 | NET PAY 271.45 | |
| MAIL LOCATION 1372 OGUSA | CURRENT YEAR TO DATE | 13395.14 | 11372.38 | | 1892.35 | | | | |

| EARNINGS | HOURS | | CURRENT | TAXES | CURRENT | YEAR TO DATE | OTHER DEDUCTIONS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR | 2498 | 1170 | 29227 | PA UNEMP | 35 | 1205 | MED HMO | 2900 |
| REGULAR | 1237 | 745 | 9216 | FED WITH | | 1897 | DENTAL | 600 |
| | | | | PA WITHH | 1057 | 36971 | LIFE & A | 2 |
| | | | | PA WITH | 1637 | 57039 | DISABILI | 488 |
| | | | | FED OASD | 1 | 19 | DSPMATCH | 1922 |
| | | | | FED MED/ | 499 | 17457 | | |
| | | | | FED OASD | 2134 | 74643 | | |
| | | | | FED MED/ | | 4 | | |
| TOTAL | 3735 | | 38443 | | 5363 | 189235 | | 5939 |

AVERAGE HOURS WORKED AS OF 08/19 FOR INSURANCE PURPOSE: 40

## THE OLIVE GARDEN

KAZI ISLAM

| EMPLOYEE NUMBER | | 100019660 | | PAY BEGIN 08/06/07 | | PAY END 08/12/07 | | CHECK NUMBER 4526909 | |
|---|---|---|---|---|---|---|---|---|---|
| | | GROSS AMOUNT 426.49 | TAXABLE AMOUNT 365.04 | | TAXES 61.45 | | OTHER DEDUCTIONS 61.45 | NET PAY 303.5 | |
| MAIL LOCATION 1372 OGUSA | CURRENT YEAR TO DATE | 13010.71 | 11047.30 | | 1838.72 | | | | |

| EARNINGS | HOURS | | CURRENT | TAXES | CURRENT | YEAR TO DATE | OTHER DEDUCTIONS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR | 3088 | 1170 | 36130 | PA UNEMP | 38 | 1170 | MED HMO | 290 |
| REGULAR | 875 | 745 | 6519 | FED MED/ | -1 | 4 | DENTAL | 60 |
| | | | | FED WITH | 150 | 1897 | LIFE & A | 2 |
| | | | | PA WITHH | 1186 | 35914 | DISABILI | 48 |
| | | | | PA WITH | 1816 | 55402 | DSPMATCH | 213 |
| | | | | FED OASD | -1 | 18 | | |
| | | | | FED MED/ | 561 | 16958 | | |
| | | | | FED OASD | 2396 | 72509 | | |
| TOTAL | 3963 | | 42649 | | 6145 | 183872 | | 614 |

AVERAGE HOURS WORKED AS OF 08/12 FOR INSURANCE PURPOSE: 40