ISLAM PA0008

Form 210A (10/06)

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA, PHILADELPHIA DIVISION

In re __KAZI ISLAM_____    Case No. _____07-15861-BIF_____

KAZI S ISLAM

# TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed 11 U.S.C. §1111(a).
Transferee hereby gives evidence and notice pusuant to Rule 3001(e)(2), Fed R. Bankr., of the transfer, other than for security, of the claim referenced in this evidence and notice.

eCAST Settlement Corporation

_____
Name of Transferee

FIA Card Services aka Bank of America

_____
Name of Transferor

Name and Address where notices to transferee should be sent:

         eCAST Settlement Corporation
         POB 35480
         Newark NJ 07193-5480

Court Claim # (if known): ____11_____

Amount of Claim: _____24,240.21_____

Date Claim Filed: _____01/14/2008_____

Phone: _____ 610-644-7800

Last Four of Acct #: _____7482_____

Last Four of Alternate Acct #: __2655_____

Phone: _____ 800-441-7048

Last Four of Acct #: _____7482_____

Last Four of Alternate Acct #: __2655_____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____

Last Four of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:__ /s/Alane A. Becket_____
    Alane A. Becket, Esquire, PA65451
    Becket & Lee LLP, Attorney/Agent for Creditor

Date:_____04/03/2008_____

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

MBN81701